# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| BETHANY BARRETT<br>*Plaintiff*<br>v.<br>GREATER ROCHESTER IMMEDIATE MEDICAL CARE PLLC, d/b/a Rochester Immediate Care and CHRISTOPHER PAGAN<br>*Defendant* | Civil Action No.  17-CV-6542 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

[X] other:   the complaint is dismissed in its entirety with prejudice and the parties are bound by the terms of the settlement agreement reached as of June 2017.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

[X] decided by Judge   David G. Larimer   on a motion for   dismissal.

Date:   Jan 26, 2018

*CLERK OF COURT*

s/Mary C. Lowenguth

*Signature of Clerk or Deputy Clerk*